

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00519-CV

**IN THE INTEREST OF E.J.C.**, M.J.J.C., V.P., A.N.B., and D.A.P., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00753
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, that portion of the trial court's Order of Termination terminating appellant's parental rights is REVERSED and judgment is RENDERED denying the Texas Department of Family and Protective Services' petition to terminate appellant's parental rights. In all other respects the trial court's Order of Termination is AFFIRMED. No costs of appeal are assessed because appellant qualifies as indigent.

SIGNED November 8, 2023.

Irene Rios, Justice